



FILED
May 24, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002654798

1  **JEFFREY S. OGILVIE**
   Attorney at Law
2  CSB #160168
   1330 West Street
3  Redding, CA 96001
   (530) 241-1100   Fax (530) 241-6553
4

5  Attorneys for Debtors: JOHN AND JUDITH NORDLUND

6

7  ### UNITED STATES BANKRUPTCY COURT

8  ### EASTERN DISTRICT OF CALIFORNIA

9  -o0o-

10 In re

11 JOHN V. NORDLUND &

12 JUDITH A. NORDLUND

13               Debtors.

Case No.:   09-33388
Chapter:    7

DCN:     JSO-002

**EXHIBITS IN SUPPORT**

CONTINUED DATE: June 21, 2010

TIME: 9:00 A.M.

JUDGE: Honorable Michael McManus

COURTROOM: 28

LOCATION: Sacramento Division, 501 I Street, 7th Floor

21

22 ### EXHIBITS IN SUPPORT

23     Exhibit A: Letters and/or statements received from Bank of America dated: 11-18-09,

24 11-19-09, 11-27-09, 12-24-09, 1-26-10, 2-16-10, 2-18-10, 2-24-10, 2-25-10, 3-03-10, 3-30-10, 4-29-10

25 and 5-09-10.

26

27

28 //

1        Exhibit B: Letters from JEFFREY S. OGILVIE, Attorney at Law, to Bank of America in

2   response to their letters and/or statements dated: 12-4-08, 2-14-09, 2-14-09, 2-14-09, 2-24-09, 3-20-

3   09, 3-30-09, 11-4-09 and 11-17-09.

6   DATED: _5/24/10_

7                                   MICHAEL DeArton
                                   Attorney for Debtors

**EXHIBIT A**

Dear JOHN V NORDLUND:

## Important Legal Notice

BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., as the servicer of your loan, is considered a debt collector under various federal and state-specific acts, and has the right to collect payments from you. BAC Home Loans is required by law to advise you of the following:

(1.)    Under the Fair Debt Collections Practices Act, as well as various state-specific acts, BAC Home Loans is considered a debt collector. BAC Home Loans must provide certain information to you in order to make sure you are informed when a communication is related to a debt. The 'warning language', such as the required information provided at the bottom of this letter, provides the specific verbiage we must include when discussing the collection of a debt. Although your loan payment may not yet be due, we have provided this information in order to comply under the appropriate laws governing debt collection.

(2.)    Debt Validation Notice:

    a)    The amount of the debt: As of 11/18/2009, you owe $454,538.33. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you or your agent before depositing the check for collection. For further information, write to the address provided below or call 1.800.669.6607.

    b)    The name of the creditor to whom the debt is owed: WELLS (BOAALT 2005-6)
        *Please note that BAC Home Loans services your loan on behalf of your creditor.*

    c)    Unless you, within thirty (30) days after receipt of this letter, dispute the validity of the debt or any portion of the debt, BAC Home Loans will assume the amount to be valid.

    d)    If you notify BAC Home Loans in writing, at the address provided below within the thirty (30) day period, that the debt, or any portion thereof, is disputed, BAC Home Loans will obtain verification of the debt and mail it to you.

    e)    Upon your written request within the thirty (30) day period, BAC Home Loans will provide you with the name and address of the original creditor if it is different from the current creditor.

**BAC Home Loans Servicing, LP**
**Customer Service, CA6-919-01-41**
**Attention: DVN**
**PO Box 1140**
**Simi Valley, CA 93062-1140**

If you have any questions regarding this notification, please call BAC Home Loans Customer Service at 1.800.669.6607, between 8am to 9pm Eastern Time Monday through Friday.

Sincerely,
Customer Service

BAC Home Loans is required by law to inform you that this communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

PO Box 2184
Greensboro, N.C. 27420-1848

**Bank of America**

**Short Year Escrow Account Disclosure Statement**
**Analysis Date 11/19/2009**

Bank of America
Customer Service   1.800.285.6000
TDD                1.800.300.6407

Loan 6084314332

JOHN V NORDLUND
JUDITH A NORDLUND
PO BOX 1738
HAYFORK CA  96041-1738

This statement is being provided because your loan was transferred from Bank of America to BAC Home Loans Servicing, LP for servicing. The chart below itemizes the actual activity that has occurred in your escrow account from 03/2009 through 11/2009 based on your last escrow account statement. Previous projections of payments and disbursements are next to the actual activity. $3,150.52 was your monthly mortgage payment, of which $524.09 was for your escrow account.

**Account History**

| Month Received | Payments Previous Projections | Actual Activity | Disbursements Previous Projections | Actual Activity | Description | Previous Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Bal | $4,169.41 | $2,672.56 |
| March | $494.41 | * | $2,258.00 | $2,258.00 | TAX PAYMENT | $2,405.82 | $414.56 |
| March |  |  | $1,417.00 | * | HOMEOWNERS INS | $988.82 | $414.56 |
| April | $494.41 | * |  | $1,553.00 * | HOMEOWNERS INS | $1,483.23 | $1,138.44- |
| May | $494.41 | *E |  |  |  | $1,977.64 | $1,138.44- |
| June | $494.41 | *E |  |  |  | $2,472.05 | $1,138.44- |
| July | $494.41 | *E |  |  |  | $2,966.46 | $1,138.44- |
| August | $494.41 | *E |  |  |  | $3,460.87 | $1,138.44- |
| September | $494.41 | *E |  |  |  | $3,955.28 | $1,138.44- |
| October | $494.41 | *E |  |  |  | $4,449.69 | $1,138.44- |
| November | $494.41 | * | $2,258.00 | $2,306.03 * | TAX PAYMENT | $2,686.10 | $3,444.47- |
| November |  |  |  | $3,444.47-* | TRANSFER BAL | $2,686.10 | $.00 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Your Tax and Interest Statement (IRS form 1098) for this year will be mailed to you by January 31st of next year.

On behalf of Bank of America, we appreciate the opportunity to service your loan.

Please Detach Here



**This space intentionally left blank**




| 1 of 2 | Bank of America<br>Home Loans | Customer Service<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Statement date 11/27/2009<br>**Account Number 870891924**<br>Property address<br>13010 Wildwood Rd. |



0 4 2 4 3 9 5  01 AB 0.360  **AUTO  T7 3 7197 96041-1738
MSR CZ CG 0601----0--0--2- - C0000068 IN 1 S P25247
JOHN V NORDLUND
JUDITH A NORDLUND
P O BOX 1738
HAYFORK CA 96041-1738

## FOR INFORMATION PURPOSES

### IMPORTANT NOTICE

**The Details of this Special Notice:** We appreciate the opportunity to service your loan, value our relationship with you and are always looking for ways to increase customer satisfaction. The purpose of this notice is to clarify for you why we are providing this special notice and to let you know that it will appear in all future monthly statements you receive. If you don't want us to send you monthly statements in the future, please call us at 1.866.653.6183.

**The Impact of the Bankruptcy:** Our records indicate that in the past you received a discharge of this debt in a bankruptcy case. Section 524 of the Bankruptcy Code tells us the discharge of this debt means you have no personal obligation to repay it. The discharge also protects you from any efforts by anyone to collect this discharged debt as a personal liability of the debtor. You cannot be pressured to repay this debt. On the other hand, the security agreement allows foreclosure if the requirements under the loan documents are not met. We also need to tell you that this communication is from a debt collector. This quick summary is not intended as legal advice. You should consult with your own advisors if you have legal questions about your rights.

**Payment Details:** We received a number of calls from homeowners disturbed that they were receiving this message, as their bankruptcy occurred some time ago. Others called asking for detailed information about the home loan. Therefore, we are providing detailed loan information as a courtesy to you. This is not an attempt to collect a debt that has been discharged. This is not a demand for payment. The coupon below and the envelope are provided as a courtesy to you.

The loan documents provide that if we do not receive the next scheduled home loan payment by 12/16/2009, the loan may be assessed a late charge of $131.32.

If you would like to receive more information, including options such as how to pay electronically and stop receiving paper monthly statements, please contact us at 1.866.653.6183. Thank you for your business and we look forward to serving you in the coming years.

| HOME LOAN<br>SUMMARY | Home loan overview as of 11/27/2009 | | 11/27/2009 Payment Information | |
|---|---|---|---|---|
| | Principal balance | $422,392.75 | Home loan payment due 12/01/2009 | $3,120.84 |
| | Escrow balance | -$3,444.47 | Outstanding payments<br>(see next page for account details) | 37,539.12 |

---

Calls may be monitored or recorded to ensure quality service. We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

---

**PAYMENT INSTRUCTIONS**

1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment

2. Write the account number on the check or money order.

3. Make the check payable to
   BAC Home Loans Servicing, LP
   Attn: Remittance Processing
   PO Box 10219
   Van Nuys, CA 91410-0219

| Account number   870891924     (9) | 12/01/2009 | $3,120.84 |
|---|---|---|

John V Nordlund
Judith A Nordlund
13010 Wildwood Rd.
Hayfork, CA 96041

SEE OTHER SIDE FOR IMPORTANT INFORMATION     1197

BAC Home Loans Servicing, LP
PO Box 10219
Van Nuys, CA 91410-0219

Please update e-mail information on the reverse side of this coupon.

Additional
Principal

Additional
Escrow

Check total

8708919249000003120840003252 16

⑆586990058⑈870891924⑈'

## FOR INFORMATION PURPOSES

**HOME LOAN DETAILS**

| Monthly payment breakdown as of 11/27/2009 | | Loan type and term | |
|---|---|---|---|
| Principal and/or interest payment | $2,626.43 | Loan type | 30 Yr Conventional Jumbo |
| Escrow payment amount | 494.41 | Contractual remaining term | 26 Years, 6 Months |
| Total monthly home loan payment | $3,120.84 | Interest rate | 5.875% |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*).*
*The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| Homeowners insurance | State Farm General Ins Co | 55LY86809 | Annual | 04/13/2010 | 1,553.00 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 11/30/2010 | 2,396.03 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 03/31/2010 | 2,396.03 |

**TO CONTACT US**

For up-to-the-minute information about the account, use our 24-hour automated information system. To ask us about this statement or account information, call **1.866.653.6183** Monday-Friday, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025.
TDD 1.800.300.6407
Please have the account number available when you call.

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is: BAC Home Loans Servicing, LP, Attn: Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept., TX2-977-01-03, PO Box 961206, Fort Worth, TX 76161-0206
Payments, Attn: Remittance Processing PO Box 10219, Van Nuys, CA 91410-0219
Overnight deliveries 400 Countrywide Way, CA6-919-02-13, Simi Valley, CA 93065-6298
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.



Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders. © 2009 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number 870891924
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
John V Nordlund
E-mail address

Judith A Nordlund
E-mail address

How we post your payment: All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

0124395 0126143

1 of 4

 **Bank of America**

**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 12/24/2009
**Account Number 870891924**
Property address
13010 Wildwood Rd.

RECEIVED

JAN

RECEIVED

JAN 06 2010



0063158 01 AT 0.357 **AUTO T2 1 3689 99952-0225
MSO XW A0 064------0-2--- C0000068 IN 1 P63221
JOHN V NORDLUND
JUDITH A NORDLUND
PO Box 225
Lewiston CA 96052-0225

**FOR INFORMATION PURPOSES**

: **IMPORTANT NOTICE**

**The Details of this Special Notice:** We appreciate the opportunity to service your loan, value our relationship with you and are always looking for ways to increase customer satisfaction. The purpose of this notice is to clarify for you why we are providing this special notice and to let you know that it will appear in all future monthly statements you receive. If you don't want us to send you monthly statements in the future, please call us at 1.866.653.6183.

**The Impact of the Bankruptcy:** Our records indicate that in the past you received a discharge of this debt in a bankruptcy case. Section 524 of the Bankruptcy Code tells us the discharge of this debt means you have no personal obligation to repay it. The discharge also protects you from any efforts by anyone to collect this discharged debt as a personal liability of the debtor. You cannot be pressured to repay this debt. On the other hand, the security agreement allows foreclosure if the requirements under the loan documents are not met. We also need to tell you that this communication is from a debt collector. This quick summary is not intended as legal advice. You should consult with your own advisors if you have legal questions about your rights.

**Payment Details:** We received a number of calls from homeowners disturbed that they were receiving this message, as their bankruptcy occurred some time ago. Others called asking for detailed information about the home loan. Therefore, we are providing detailed loan information as a courtesy to you. This is not an attempt to collect a debt that has been discharged. This is not a demand for payment. The coupon below and the envelope are provided as a courtesy to you.

The loan documents provide that if we do not receive the next scheduled home loan payment by 01/16/2010, the loan may be assessed a late charge of $131.32.

If you would like to receive more information, including options such as how to pay electronically and stop receiving paper monthly statements, please contact us at 1.866.653.6183. Thank you for your business and we look forward to serving you in the coming years.

| HOME LOAN SUMMARY | Home loan overview as of 12/24/2009 | | 12/24/2009 Payment Information | |
|---|---|---|---|---|
| | Principal balance | $422,392.75 | Home loan payment due 01/01/2010 | $3,150.52 |
| | Escrow balance | -$3,444.47 | Outstanding payments | 40,956.76 |
| | | | (see next page for account details) | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

**PAYMENT INSTRUCTIONS**

1. Please
   • don't send cash
   • don't staple the check to the payment coupon
   • don't include correspondence
   • include coupon with payment

2. Write the account number on the check or money order.

3. Make the check payable to
   BAC Home Loans Servicing, LP
   Attn: Remittance Processing
   PO Box 515503
   Los Angeles, CA 90051-6603

Account number **870891924** (9)

John V Nordlund
Judith A Nordlund
13010 Wildwood Rd.
Hayfork, CA 96041

SEE OTHER SIDE FOR IMPORTANT INFORMATION 3686

BAC Home Loans Servicing, LP
PO Box 515503
Los Angeles, CA 90051-6603

01/01/2010      $3,150.52
Please update e-mail information on the reverse side of this coupon.

Additional Principal

Additional Escrow

Check total

8708919249000003150520003 28184

⑈586990058⑈870891924⑈'

( **FOR INFORMATION PURPOSES** (

| HOME LOAN DETAILS | Monthly payment breakdown as of 12/24/2009 | | Loan type and form | |
|---|---|---|---|---|
| | Principal and/or interest payment | $2,626.43 | Loan type | 30 Yr Conventional Jumbo |
| | Escrow payment amount | 524.09 | Contractual remaining term | 26 Years, 5 Months |
| | Fees due | 60.00 | Interest rate | 5.875% |
| | Total monthly home loan payment | $3,150.52 | | |

**Escrow account expenses**
*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (\*).*
*The payment of the items marked with an asterisk (\*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| Homeowners insurance | State Farm General Ins Co | 55LY86809 | Annual | 04/13/2010 | 1,553.00 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 11/30/2010 | 2,306.03 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 03/31/2010 | 2,306.03 |



| TO CONTACT US | For up-to-the-minute information about the account, use our 24-hour automated information system. To ask us about this statement or account information, call **1.866.653.6183** Monday-Friday, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025. TDD 1.800.300.6407 Please have the account number available when you call. |
|---|---|

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is: BAC Home Loans Servicing, LP, Attn:
Customer Service  CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept., TX2-977-01-03, PO Box 961206, Fort Worth, TX 76161-0206
Payments, Attn: Remittance Processing PO Box 515503,  Los Angeles, CA 90051-6803
Overnight deliveries LADC Retail Payment Services, CA9-705-09-31, 1000 W Temple Street, Los Angeles, CA 90012-1514
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.

 Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders. © 2009 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number 870891924
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
John V Nordlund
E-mail address

Judith A Nordlund
E-mail address

How we post your payment: All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

0063158 0132819

01GTY740210



**Bank of America**

**Home Loans**

Account Number 870891924    Statement date 12/24/2009

Property address
13010 Wildwood Rd.

John V Nordlund
Judith A Nordlund

## ESCROW ACCOUNT REVIEW

| ESCROW EXPLAINED | Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment.

*See below for:*
* an in-depth explanation of each step of your escrow analysis

| SUMMARY | Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $513.76 |
|---|---|---|---|
| | Shortage payment *(see Step 2)* | The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year | $0.00 |
| | Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $0.00 |

New monthly escrow payment *(see Step 4)*      $513.76
New monthly home loan payment effective 02/2010 *(see Step 4)*      $3,140.19

## HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1**    Determine base amount needed for the year

| Escrow items | Amount needed | Frequency in months | Monthly amount needed |
|---|---|---|---|
| Homeowners insurance | $1,553.00 | 12 | $129.42 |
| County taxes | 2,306.03 | 12 | 192.17 |
| County taxes | 2,306.03 | 12 | 192.17 |
| Total monthly base payment amount | | | $513.76 |

**STEP 2**    Determine lowest projected balance

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MIP/PMI payment(s) | Balance |
|---|---|---|---|---|---|
| Beginning balance | | | | | $3,566.31 |
| February 2010 | 513.76 | | | | 4,080.07 |
| March 2010 | 513.76 | 2,306.03 | | | 2,287.80 |
| April 2010 | 513.76 | | 1,553.00 | | 1,248.56* |
| May 2010 | 513.76 | | | | 1,762.32 |
| June 2010 | 513.76 | | | | 2,276.08 |
| July 2010 | 513.76 | | | | 2,789.84 |
| August 2010 | 513.76 | | | | 3,303.60 |
| September 2010 | 513.76 | | | | 3,817.36 |
| October 2010 | 513.76 | | | | 4,331.12 |
| November 2010 | 513.76 | 2,306.03 | | | 2,538.85 |
| December 2010 | 513.76 | | | | 3,052.61 |
| January 2011 | 513.76 | | | | 3,566.37 |
| Ending balance | | | | | $3,566.37 |

Lowest projected balance      $1,248.56
Shortage payment amount      $0.00
\*   Lowest projected balance (LPB)

Your Lowest Projected Balance (LPB) reflects a balance above zero. In the next step, we will compare this amount to your escrow reserve requirement to determine if there is an overage.

**STEP 3**    Determine reserve requirement

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

Lowest projected balance *(see step 2 above)*      $1,248.56
Total reserve requirement (16.6% of the base amount) *      1,023.40
Additional amounts required      .00
Monthly reserve requirement ($0.00 divided by 12)      $0.00
Available overage      $225.16

\* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes PMI/MIP amounts.

Our records reflect that your Lowest Projected Balance (LPB) exceeds the reserve requirement amount. As a result, it is anticipated that you will have an overage of funds. Provided that your loan payments are current and there are no unexpected changes, we will forward an escrow overage check on 01/23/10 which you should receive within 10 days after mailing. Please note that we are unable to forward overage checks if your loan is undergoing a loan assumption. Any available overage of less than $50.00 will be credited to your escrow account and can possibly lower your monthly escrow payment.

**STEP 4**    Determine monthly payments
Calculation of monthly escrow payment

STEP 4      **Determine monthly payments - continued**

| | |
|---|---:|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $513.76 |
| Shortage payment *(see Step 2)* | .00 |
| Reserve requirement *(see Step 3)* | .00 |
| Total monthly escrow payment | $513.76 |

**Calculation of monthly home loan payment**

| | |
|---|---:|
| Principal and/or interest | $2,626.43 |
| Total monthly escrow payment | 513.76 |
| Total monthly home loan payment effective 02/2010 | $3,140.19 |



**Bank of America**

**Home Loans**

1 of 4

RECEIVED
FEB 02 2010

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 01/28/2010
**Account Number 870891924**
Property address
13010 Wildwood Rd.

0068579 01 AY 0 357 **AUTO T4 1 2582 96052-0225
MSO XW AG 054······0··2····· CC00C069 IN 1 P68617
JOHN V NORDLUND
JUDITH A NORDLUND
PO Box 225
Lewiston CA 96052-0225

## FOR INFORMATION PURPOSES

## IMPORTANT NOTICE

**The Details of this Special Notice:** We appreciate the opportunity to service your loan, value our relationship with you and are always looking for ways to increase customer satisfaction. The purpose of this notice is to clarify for you why we are providing this special notice and to let you know that it will appear in all future monthly statements you receive. If you don't want us to send you monthly statements in the future, please call us at 1.866.653.6183.

**The Impact of the Bankruptcy:** Our records indicate that in the past you received a discharge of this debt in a bankruptcy case. Section 524 of the Bankruptcy Code tells us the discharge of this debt means you have no personal obligation to repay it. The discharge also protects you from any efforts by anyone to collect this discharged debt as a personal liability of the debtor. You cannot be pressured to repay this debt. On the other hand, the security agreement allows foreclosure if the requirements under the loan documents are not met. We also need to tell you that this communication is from a debt collector. This quick summary is not intended as legal advice. You should consult with your own advisors if you have legal questions about your rights.

**Payment Details:** We received a number of calls from homeowners disturbed that they were receiving this message, as their bankruptcy occurred some time ago. Others called asking for detailed information about the home loan. Therefore, we are providing detailed loan information as a courtesy to you. This is not an attempt to collect a debt that has been discharged. This is not a demand for payment. The coupon below and the envelope are provided as a courtesy to you.

The loan documents provide that if we do not receive the next scheduled home loan payment by 02/16/2010, the loan may be assessed a late charge of $131.32.

If you would like to receive more information, including options such as how to pay electronically and stop receiving paper monthly statements, please contact us at 1.866.653.6183. Thank you for your business and we look forward to serving you in the coming years.

| HOME LOAN SUMMARY | Home loan overview as of 01/26/2010 | | 01/26/2010 Payment Information | |
|---|---|---|---|---|
| | Principal balance | $422,392.75 | Home loan payment due 02/01/2010 | $3,150.52 |
| | Escrow balance | -$3,444.47 | Outstanding payments | 44,107.28 |
| | | | (see next page for account details) | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

**PAYMENT INSTRUCTIONS**

1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment

2. Write the account number on the check or money order.

3. Make the check payable to
   BAC Home Loans Servicing, LP
   Attn: Remittance Processing
   PO Box 515503
   Los Angeles, CA 90051-6803

Account number   870891924    (9)
John V Nordlund
Judith A Nordlund
13010 Wildwood Rd.
Hayfork, CA 96041

SEE OTHER SIDE FOR IMPORTANT INFORMATION    7597

BAC Home Loans Servicing, LP
PO Box 515503
Los Angeles, CA 90051-6803

02/01/2010      $3,150.52
Please update e-mail information on the reverse side of this coupon.

Additional Principal

Additional Escrow

Check total

8708919249000003150520003 28184

⑆586990058⑈8708919 24⑈

## FOR INFORMATION PURPOSES

| HOME LOAN DETAILS | Monthly payment breakdown as of 01/26/2010 | | Loan type and term | |
|---|---|---|---|---|
| | Principal and/or interest payment | $2,626.43 | Loan type | 30 Yr Conventional Jumbo |
| | Escrow payment amount | 524.09 | Contractual remaining term | 26 Years, 5 Months |
| | Fees due | 89.00 | Interest rate | 5.875% |
| | Total monthly home loan payment | $3,150.52 | | |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*).*
*The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| Homeowners insurance | State Farm General Ins Co | 55LY86809 | Annual | 04/13/2010 | 1,553.00 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 11/30/2010 | 2,306.03 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 03/31/2010 | 2,306.03 |

| TO CONTACT US | For up-to-the-minute information about the account, use our 24-hour automated information system. To ask us about this statement or account information, call 1.866.693.6183 Monday-Friday, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. Se habla español. 1.800.295.0025. TDD 1.800.300.6407 Please have the account number available when you call. | Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211 Insurance Dept., TX2-977-01-03, PO Box 961206, Fort Worth, TX 76161-0206 Payments, Attn: Remittance Processing PO Box 515503, Los Angeles, CA 90051-6803 |

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is: BAC Home Loans Servicing, LP, Attn:
Customer Service  CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Overnight deliveries LADC Retail Payment Services, CA9-705-09-31, 1000 W Temple Street, Los Angeles, CA 90012-1514
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.



Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders. © 2010 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number 870891924
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
John V Nordlund
E-mail address

Judith A Nordlund
E-mail address

**How we post your payment:** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) to escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.

Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

0066579 0156976

04CTY710210



**Bank of America**

**Home Loans**

| | | |
|---|---|---|
| **Account Number** 870891924 | | **Statement date** 01/26/2010 |

Property address
13010 Wildwood Rd.

John V Nordlund
Judith A Nordlund

# ESCROW ACCOUNT REVIEW

**ESCROW EXPLAINED**
Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment.

*See below for:*
• an in-depth explanation of each step of your escrow analysis

## SUMMARY

| | | |
|---|---|---|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $513.76 |
| Shortage payment *(see Step 2)* | The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year | $0.00 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $0.00 |
| New monthly escrow payment *(see Step 4)* | | $513.76 |
| New monthly home loan payment effective 03/2010 *(see Step 4)* | | $3,140.19 |

## HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1** Determine base amount needed for the year

| Escrow items | Amount needed | Frequency in months | Monthly amount needed | |
|---|---|---|---|---|
| Homeowners insurance | $1,553.00 | 12 | $129.42 | |
| County taxes | 2,306.03 | 12 | 192.17 | |
| County taxes | 2,306.03 | 12 | 192.17 | |
| Total monthly base payment amount | | | | $513.76 |

**STEP 2** Determine lowest projected balance

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MIP/PMI payment(s) | Balance |
|---|---|---|---|---|---|
| Beginning balance | | | | | $4,406.55 |
| March 2010 | 513.76 | 2,306.03 | | | 2,614.28 |
| April 2010 | 513.76 | | 1,553.00 | | 1,575.04* |
| May 2010 | 513.76 | | | | 2,088.80 |
| June 2010 | 513.76 | | | | 2,602.56 |
| July 2010 | 513.76 | | | | 3,116.32 |
| August 2010 | 513.76 | | | | 3,630.08 |
| September 2010 | 513.76 | | | | 4,143.84 |
| October 2010 | 513.76 | | | | 4,657.60 |
| November 2010 | 513.76 | 2,306.03 | | | 2,865.33 |
| December 2010 | 513.76 | | | | 3,379.09 |
| January 2011 | 513.76 | | | | 3,892.85 |
| February 2011 | 513.76 | | | | 4,406.61 |
| Ending balance | | | | | $4,406.61 |

| | |
|---|---|
| Lowest projected balance | $1,575.04 |
| Shortage payment amount | $0.00 |

\* Lowest projected balance (LPB)

Your Lowest Projected Balance (LPB) reflects a balance above zero. In the next step, we will compare this amount to your escrow reserve requirement to determine if there is an overage.

**STEP 3** Determine reserve requirement

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | | |
|---|---|---|
| Lowest projected balance *(see step 2 above)* | $1,575.04 | |
| Total reserve requirement (16.6% of the base amount) * | 1,023.40 | |
| Additional amounts required | .00 | |
| Monthly reserve requirement ($0.00 divided by 12) | | $0.00 |
| Available overage | $551.64 | |

\* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes PMI/MIP amounts.

Our records reflect that your Lowest Projected Balance (LPB) exceeds the reserve requirement amount. As a result, it is anticipated that you will have an overage of funds. Provided that your loan payments are current and there are no unexpected changes, we will forward an escrow overage check on 02/26/10 which you should receive within 10 days after mailing. Please note that we are unable to forward overage checks if your loan is undergoing a loan assumption. Any available overage of less than $50.00 will be credited to your escrow account and can possibly lower your monthly escrow payment.

**STEP 4** Determine monthly payments

Calculation of monthly escrow payment

**STEP 4**    **Determine monthly payments – continued**

| | |
|---|---|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $513.76 |
| Shortage payment *(see Step 2)* | .00 |
| Reserve requirement *(see Step 3)* | .00 |
| Total monthly escrow payment | **$513.76** |

**Calculation of monthly home loan payment**

| | |
|---|---|
| Principal and/or interest | $2,626.43 |
| Total monthly escrow payment | 513.76 |
| Total monthly home loan payment effective 03/2010 | **$3,140.19** |



0068519 0159977     04GTY740211

# Bank of America

BANK OF AMERICA, N.A.
P.O. BOX 26078
GREENSBORO, NC 27420

**Account Number: 6024 0127 261999**
Page 1 of 2

## Variable Rate Snapshot

Statement Period: 01/20/2010-02/18/2010

| | |
|---|---|
| Previous Outstanding Variable Balance: | $0.00 |
| New Outstanding Variable Balance: | $0.00 |
| Credit Limit: | $120,000.00 |
| Total Principal Balance: | $0.00 |
| Available Credit: | $0.00 |
| Current Payment Due: | $0.00 |
| Past Due Amount: | $0.00 |
| Total Minimum Payment Due: | $0.00 |
| Payment Due Date: | 03/13/2010 |

Payment shown above does not include Fixed Rate Loan Options. Any Fixed Rate Loan Options you have will be billed separately.

+ 0276557 00001L255 Q99982-P1 P7
JOHN V NORDLUND
JUDITH A NORDLUND
PO BOX 225
LEWISTON CA 96052-0225

## Bank of America Equity Maximizer

### Account Summary

| Account Type | Principal Balance | Account Number |
|---|---|---|
| Variable Rate: | $0.00 | 6024 0127 261999 |

Fixed Rate Loan Options are available. Please call customer service for current rates. Information about your transactions are included on the next page of this statement.

### Variable Rate Portion Summary

| | |
|---|---|
| ANNUAL PERCENTAGE RATE | 4.49% |
| Daily Periodic Rate | .0123013% |
| Corresponding Annual Percentage Rate | 4.49% |
| Days in Billing Cycle | 28 |
| Periodic FINANCE CHARGE | $0.00 |
| Other FINANCE CHARGE | $0.00 |
| Outstanding Fees (due upon payoff) | $0.00 |
| Deferred Extension Interest | $0.00 |

## Messages

The interest rate for your next billing cycle will be 4.49%.

During 2009, the combined interest paid on this Line of Credit including the variable rate portion and any related fixed rate options was $0.00.

## Customer Service Information



www.bankofamerica.com



1.800.621.1044 Customer Service
TDD 1.866.345.1260
Se habla Espanol: 1.800.621.1044
Customer Service Hours:
Monday through Friday
8:00 a.m. - 9:00 p.m. Eastern



Bank of America, N.A.
P.O. Box 21846
Greensboro, NC 27420-1846

## Payment Coupon - Please return with your payment

JOHN V NORDLUND
JUDITH A NORDLUND
PO BOX 225
LEWISTON CA 96052-0225

| | | |
|---|---|---|
| Equity Maximizer Number: | 6024 0127 261999 | |
| Current Payment Due: | | $0.00 |
| Past Due Amount: | | $0.00 |
| Total Minimum Payment Due: | | $0.00 |
| Payment Due Date: | | 03/13/10 |

In order to receive your payment by the due date, we suggest mailing at least five (5) business days prior to that date. Please refer to important disclosures, account and payment information found elsewhere on this statement.

| Minimum Payment Due | $0.00 |
|---|---|
| Additional Principal: | $ |
| Payment Enclosed: | $ |

Make Check Payable to:

Bank of America, N.A.
P.O. Box 30750
Los Angeles, CA 90030-0750



010000000000000  6824012726199775  547930808

**Bank of America** 🇺🇸 **Home Loans**



CA6-910-01-41
P.O. Box 940841
Simi Valley, California 93094-0841

0004050-0008099 LBTRS 001 ------ 759970
John V Nordlund & Judith A Nordlund
Po Box 225
Lewiston, CA  96052

**You may be eligible for a loan modification - and a more affordable mortgage payment.**

**Call 1.800.669.0102 to learn more.**

Date:        February 18, 2010

Loan No:  870891924

**Property Address:**
13010 Wildwood Rd
Hayfork, CA  96041

Dear John V Nordlund & Judith A Nordlund:

You may be seeing and hearing a lot about loan modifications as a way to make your mortgage loan payments more affordable and help you avoid foreclosure. Loan modifications have provided relief to many homeowners, and as your home loan servicer, we can explain the benefits of a loan modification to you and help you understand how it works. Then you can determine if this is the right option for you.

**You may be eligible for the Home Affordable Modification Program,** an initiative sponsored by the Federal Government to help homeowners who are finding it difficult to make their mortgage payment. Under this program, we will review your current financial situation to determine if we can help you modify your mortgage to give you a new, more affordable mortgage payment. **There are no fees associated with this program.**

Call us at 1.800.669.0102 to learn more about this program and how it may meet your needs. Before you call, we encourage you to visit **bankofamerica.com/mha** or **makinghomeaffordable.gov** for general information on the program and eligibility requirements.

Please have the following information ready when you call:

- ✓ Your loan number, 870891924
- ✓ The monthly pre-tax income of each borrower on the loan
- ✓ A description of your financial hardship
- ✓ If you don't already have an escrow account[1], we'll also need:
  - The amount of your last property tax bill
  - The amount of your homeowners insurance bill
- ✓ Homeowners' association or condominium fees, if applicable

**It is important to remember** that after you contact us, if your loan is in foreclosure we will not conduct a foreclosure sale while we determine your eligibility for the Home Affordable Modification Program. If you are eligible for HAMP and enter a three-month trial modification program and make on-time payments, we will not start foreclosure proceedings, and we will not conduct a foreclosure sale if foreclosure proceedings had already started. However, you need to continue to respond to all foreclosure notices you may receive during the trial period. If you do not comply with the terms of the Program during the trial period and do not work with us to find other foreclosure prevention alternatives for which you may qualify, your loan will be enforced according to its original terms, which could include a foreclosure sale.

**Call now to learn more about this program that may help provide a more affordable payment.** We want to help you, so take the first step by contacting us as soon as possible between 8 a.m. and 10 p.m. Eastern Time, Monday through Friday, or between 9 a.m. and 6 p.m. on Saturday. Remember, there are no fees for this program.

 

**Home Loans**

TX2-973-04-02
7105 Corporate Drive
Plano, Texas 75024

0012098-0012098 LETRS 001 ------ 761354

**Notice Date:** February 24, 2010

**Account No.:** 870891924

**Property Address:**
13010 Wildwood Rd
Hayfork, CA  96041

John V Nordlund & Judith A Nordlund
Po Box 225
Lewiston, CA  96052

---

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

This letter is being sent pursuant to California Code section 2923.5. BAC Home Loans Servicing, LP realizes that sometimes things happen that are out of your control, which can keep you from meeting your most important financial obligations. We would like to talk to you about your current loan situation to determine if you qualify for one of BAC Home Loans Servicing, LP's workout options, such as:

- **Loan Modification**     *(adding past due payments to principal balance)*

- **Repayment Arrangements**   *(spreading past due payments over time)*

- **Deed-In-Lieu**     *(signing property over to BAC Home Loans Servicing, LP, in lieu of foreclosure)*

- **Short Sale/Payoff**     *(BAC Home Loans Servicing, LP agrees to accept less than a full payoff)*

- **Full Reinstatement**     *(you bring your loan current)*

---

**WHAT YOU NEED TO DO**

Please call us at 1-800-669-6654, so that we can discuss in greater detail this opportunity to help you **save your home**. We look forward to hearing from you soon. Please be prepared to provide us with your financial information (e.g., income/expenses). A workout package may be required. All workouts are subject to BAC Home Loans Servicing, LP/Investor approval; and there is no guarantee your request will be approved.

Additionally, the U.S. Department of Housing and Urban Development (HUD) funds free or very low cost housing counseling across the nation. Housing counselors can help you understand the law and your options. They can also help you to organize your finances and represent you in negotiations with your lender if you need this assistance. You may find a HUD-approved housing counselor near you by calling 1-800-569-5272. For the hearing impaired, HUD Counseling Agency (TDD) numbers are available at 1-800-877-9324.

This communication is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.
BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

1 of 2

**Bank of America**

Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 02/25/2010
**Account Number 870891924**
Property address
13010 Wildwood Rd.

0365200 01 AT 0.357 **AUTO T1 0 0295 96052-0225
MSR CZ A0 0501----0--2---- C0000366 IN 14 P65933
JOHN V NORDLUND
JUDITH A NORDLUND
PO Box 225
Lewiston CA 96052-0225

## FOR INFORMATION PURPOSES

### IMPORTANT NOTICE

**The Details of this Special Notice:** We appreciate the opportunity to service your loan, value our relationship with you and are always looking for ways to increase customer satisfaction. The purpose of this notice is to clarify for you why we are providing this special notice and to let you know that it will appear in all future monthly statements you receive. If you don't want us to send you monthly statements in the future, please call us at 1.866.653.6193.

**The Impact of the Bankruptcy:** Our records indicate that in the past you received a discharge of this debt in a bankruptcy case. Section 524 of the Bankruptcy Code tells us the discharge of this debt means you have no personal obligation to repay it. The discharge also protects you from any efforts by anyone to collect this discharged debt as a personal liability of the debtor. You cannot be pressured to repay this debt. On the other hand, the security agreement allows foreclosure if the requirements under the loan documents are not met. We also need to tell you that this communication is from a debt collector. This quick summary is not intended as legal advice. You should consult with your own advisors if you have legal questions about your rights.

**Payment Details:** We received a number of calls from homeowners disturbed that they were receiving this message, as their bankruptcy occurred some time ago. Others called asking for detailed information about the home loan. Therefore, we are providing detailed loan information as a courtesy to you. This is not an attempt to collect a debt that has been discharged. This is not a demand for payment. The coupon below and the envelope are provided as a courtesy to you.

The loan documents provide that if we do not receive the next scheduled home loan payment by 03/16/2010, the loan may be assessed a late charge of $131.32.

If you would like to receive more information, including options such as how to pay electronically and stop receiving paper monthly statements, please contact us at 1.866.653.6193. Thank you for your business and we look forward to serving you in the coming years.

| HOME LOAN SUMMARY | Home loan overview as of 02/25/2010 | | 02/25/2010 Payment Information | |
|---|---|---|---|---|
| | Principal balance | $122,392.75 | Home loan payment due 03/01/2010 | $3,140.19 |
| | Escrow balance | -$3,444.47 | Outstanding payments | 47,257.80 |
| | | | (see next page for account details) | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

PAYMENT INSTRUCTIONS

1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment

2. Write the account number on the check or money order.

3. Make the check payable to
   BAC Home Loans Servicing, LP
   Attn: Remittance Processing
   PO Box 515503
   Los Angeles, CA 90051-6803

| Account number | 870891924 | (9) | 03/01/2010 | $3,140.19 |
|---|---|---|---|---|

John V Nordlund
Judith A Nordlund
13010 Wildwood Rd.
Hayfork, CA 96041

SEE OTHER SIDE FOR IMPORTANT INFORMATION    626

BAC Home Loans Servicing, LP
PO Box 515503
Los Angeles, CA 90051-6803

Please update e-mail information on the reverse side of this coupon.

Additional Principal

Additional Escrow

Check total

8708919249000003140190003 27151

( FOR INFORMATION PURPOSES (

| HOME LOAN DETAILS | Monthly payment breakdown as of 02/25/2010 | | Loan type and term | |
| --- | --- | --- | --- | --- |
| | Principal and/or interest payment | $2,626.43 | Loan type | 30 Yr Conventional Jumbo |
| | Escrow payment amount | 513.76 | Contractual remaining term | 26 Years, 5 Months |
| | Fees due | 103.00 | Interest rate | 5.875% |
| | Total monthly home loan payment | $3,140.19 | | |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*).*
*The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
| --- | --- | --- | --- | --- | --- |
| Homeowners Insurance | State Farm General Ins Co | 55LY86809 | Annual | 04/13/2010 | 1,553.00 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 11/30/2010 | 2,306.03 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 03/31/2010 | 2,306.03 |

 If your property is located in Siskiyou, or Sutter County, or if you have received an adjusted, corrected, or Supplemental tax bill, please write your account number on your original bill and mail it to BAC Home Loans Servicing, LP, Attn: Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys CA 91410-0211. For all other tax bills, please retain the original bill for your records, as BAC Home Loans Servicing, LP will receive your tax information from another source.

| TO CONTACT US | For up-to-the-minute information about the account, use our 24-hour automated information system. To ask us about this statement or account information, call 1.866.653.6183 Monday-Friday, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. Se habla español. 1.800.295.0025.<br><br>TDD 1.800.300.6407<br><br>Please have the account number available when you call. | Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211<br><br>Insurance Dept., TX2-977-01-03, PO Box 961206, Fort Worth, TX 76161-0206<br><br>Payments, Attn: Remittance Processing PO Box 515503, Los Angeles, CA 90051-6903<br><br>Overnight deliveries LADC Retail Payment Services, CA9-705-09-31, 1000 W Temple Street, Los Angeles, CA 90012-1514<br><br>Our website www.bankofamerica.com<br><br>Your account information is available in Spanish on the site mentioned above. |
| --- | --- | --- |
| | Or write to us at:<br>The address for general inquiries and all RESPA Qualified Written Requests is: BAC Home Loans Servicing, LP, Attn:<br>Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170 | |

Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders. © 2010 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number 870801924
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
John V Nordlund
E-mail address




Judith A Nordlund
E-mail address

**How we post your payment:** All accepted payments of principal interest will be applied to the longest outstanding installment d unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amoun will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan Please specify if you want an additional amount applied to futur payments, rather than principal reduction.
Post-dated checks will be processed on the date received unless loan counselor agrees to honor the date written on the check as condition of a repayment plan. Payments by phone received by PM Pacific Time on a business day will be effective the same d Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no late the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, includir February, is calculated as 30/360 of annual interest, irrespectiv the actual number of days in the month. For partial months, inte is calculated daily on the basis of a 365 day year.

**Bank of America**

**Home Loans**
FTWX-22
P.O. Box 961206
Forth Worth, TX 76161-1206

Notice Date.......: 3/03/10

Account No........: 870891924

JOHN V NORDLUND
PO Box 225
Lewiston          CA      96052

Property Address..:
    13010 WILDWOOD RD
    HAYFORK, CA        96041

RE: Loan Number 870891924

Dear  JOHN V NORDLUND

IMPORTANT MESSAGE ABOUT YOUR LOAN:
We were recently notified that the above-referenced property may be
vacant. This information is a result from either a recent disaster
inspection or a loan delinquency inspection. If this is not the case,
we ask that you please contact our office so that we can update our
records.

WHAT THIS MEANS:
It is our obligation under the terms of your insurance policy to notify
your insurance carrier if we believe the property is vacant. Accordingly,
we have notified your insurance carrier on file of this possible vacancy.
If this property is vacant, we would like to remind you that vacancy
insurance coverage is a requirement of your loan. Please note that some
insurance carriers may endorse your policy to include vacancy coverage
or cancel your insurance coverage for a change in condition.

WHAT YOU NEED TO DO:
If your property is not vacant, we ask that you please contact our
office immediately so that we may update our records. If you have
an existing insurance policy that has been endorsed to include vacancy
coverage, we will need to update our records to include that information.
Please provide us with the updated insurance information in one of the
following ways:

    * By calling us at 1-(800)669-6607, then select Insurance option;
    * By faxing a copy of your policy to 1-(800) 293-8158; or
    * By mailing a copy of your policy to the address set forth above.

In addition, this letter will serve as notification that Bank of America
may enter the vacant property to make reasonable inspections to ascertair
its condition and security.  Furthermore, we may winterize and maintain
the heat in the property.

You are a valued customer at Bank of America and we look forward to
resolving this matter quickly. If you need further assistance, please
contact our Customer Service Department directly at 1-(800)669-6607.

Sincerely,

David Ryan
Insurance Department

FS132R-

1 of 2     **Bank of America**

**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 03002-5170

Statement date 03/30/2010
**Account Number 870891924**
Property address
13010 Wildwood Rd.



0301541 01 AT 0.357 **AUTO T9 2 6403 96052-0225
MSR CZ A0 0501----0--2--- C0000068 IN 1 P0248
JOHN V NORDLUND
JUDITH A NORDLUND
PO Box 225
Lewiston CA 96052-0225

## FOR INFORMATION PURPOSES

## IMPORTANT NOTICE

**The Details of this Special Notice:** We appreciate the opportunity to service your loan, value our relationship with you and are always looking for ways to increase customer satisfaction. The purpose of this notice is to clarify for you why we are providing this special notice and to let you know that it will appear in all future monthly statements you receive. If you don't want us to send you monthly statements in the future, please call us at 1.866.653.6183.

**The Impact of the Bankruptcy:** Our records indicate that in the past you received a discharge of this debt in a bankruptcy case. Section 524 of the Bankruptcy Code tells us the discharge of this debt means you have no personal obligation to repay it. The discharge also protects you from any efforts by anyone to collect this discharged debt as a personal liability of the debtor. You cannot be pressured to repay this debt. On the other hand, the security agreement allows foreclosure if the requirements under the loan documents are not met. We also need to tell you that this communication is from a debt collector. This quick summary is not intended as legal advice. You should consult with your own advisors if you have legal questions about your rights.

**Payment Details:** We received a number of calls from homeowners disturbed that they were receiving this message, as their bankruptcy occurred some time ago. Others called asking for detailed information about the home loan. Therefore, we are providing detailed loan information as a courtesy to you. This is not an attempt to collect a debt that has been discharged. This is not a demand for payment. The coupon below and the envelope are provided as a courtesy to you.

The loan documents provide that if we do not receive the next scheduled home loan payment by 04/16/2010, the loan may be assessed a late charge of $131.32.

If you would like to receive more information, including options such as how to pay electronically and stop receiving paper monthly statements, please contact us at 1.866.653.6183. Thank you for your business and we look forward to serving you in the coming years.

| HOME LOAN SUMMARY | Home loan overview as of 03/30/2010 | | 03/30/2010 Payment Information | |
|---|---|---|---|---|
| | Principal balance | $422,392.75 | Home loan payment due 04/01/2010 | $3,140.19 |
| | Escrow balance | -$5,750.50 | Outstanding payments (see next page for account details) | 50,397.99 |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

**PAYMENT INSTRUCTIONS**

1. Please
   • don't send cash
   • don't staple the check to the payment coupon
   • don't include correspondence
   • include coupon with payment

2. Write the account number on the check or money order.

3. Make the check payable to
   BAC Home Loans Servicing, LP
   Attn Remittance Processing
   PO Box 515503
   Los Angeles, CA 90051-6803

Account number   870891924     (9)
John V Nordlund
Judith A Nordlund
13010 Wildwood Rd,
Hayfork, CA 96041

SEE OTHER SIDE FOR IMPORTANT INFORMATION    6x0

BAC Home Loans Servicing, LP
PO BOX 515503
LOS ANGELES, CA 90051-6803

**04/01/2010**     **$3,140.19**

Please update e-mail information on the reverse side of this coupon.

Additional Principal

Additional Escrow

Check total

8708919249000003140190003 27151

⑆586990058⑆870891924⑈

**HOME LOAN DETAILS**

Monthly payment breakdown as of 03/30/2010

| | |
|---|---|
| Principal and/or interest payment | $2,626.43 |
| Escrow payment amount | 513.76 |
| Fees due | 131.00 |
| Total monthly home loan payment | $3,140.19 |

Loan type and term

| | |
|---|---|
| Loan type | 30 Yr Conventional Jumbo |
| Contractual remaining term | 26 Years, 5 Months |
| Interest rate | 5.875% |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (\*).*
*The payment of the items marked with an asterisk (\*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| Homeowners insurance | State Farm General Ins Co | 55LY86809 | Annual | 04/13/2010 | 1,553.00 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 11/30/2010 | 2,306.03 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 03/31/2011 | 2,306.03 |

**Home loan activity since your last statement**

| Date | Description | | Escrow | Total |
|---|---|---|---|---|
| 03/18/2010 | County tax pmt | | -2,306.03 | -2,306.03 |
| | \*\*Ending balance | $422,392.76 | -$5,750.50 | |

\*\*NOTE: The ending balance is probably not the same as the amount to payoff your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.

**TO CONTACT US**

For up-to-the-minute information about the account, use our 24-hour automated information system. To ask us about this statement or account information, call **1.866.653.6183**, Mon - Fri, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025.
TDD 1.800.300.6407
Please have the account number available when you call.

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is: BAC Home Loans Servicing, LP, Attn:
Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept, TX2-977-01-03, PO Box 961206, Fort Worth, TX 76161-0206
Payments, Attn: Remittance Processing PO Box 515503, Los Angeles, CA 90051-6803
Overnight deliveries LADC Retail Payment Services, CA9-705-09-31, 1000 W Temple Street, Los Angeles, CA 90012-1514
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.

Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders. © 2010 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number 870891924
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
John V Nordlund
E-mail address

Judith A Nordlund
E-mail address

How we post your payment: All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

0301541 0302733

1 of 2


**Bank of America**

**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 04/29/2010
**Account Number 870891924**
Property address
13010 Wildwood Rd.

0366470 01 AT 0.354 **AUTO  T8 1 8501 99052-0225
MSR CZ A0 0101----0--2---C000001 IN 1 P07205
JOHN V NORDLUND
 JUDITH A NORDLUND
PO Box 225
Lewiston CA 96052-0225

## IMPORTANT NOTICE

**As of the date of this notice, our records reflect that your loan is past due for multiple payments.** We are researching whether any of these payments have been made. Please be advised that any payments that are due, which are not under research, must be remitted immediately. Upon completion of our research, we will make any appropriate corrections to your account and notify you of any balances due.

Note to Delaware Residents: Delaware residents who are struggling with their mortgage payments will find information on state-supported assistance by visiting www.deforeclosurehelp.org.

Thank you for your prompt attention.

LOAN SERVICING
Loan Counselor

| HOME LOAN SUMMARY | Home loan overview as of 04/29/2010 | | Amount due on 05/01/2010 as of 04/29/2010 | |
|---|---|---|---|---|
| | Principal balance | $422,392.75 | Home loan payment due 05/01/2010 | $3,540.19 |
| | Escrow balance | -$5,760.60 | Past due payment amount | 53,538.18 |
| | Late Charge if payment received after 05/17/2010 | $131.32 | (see next page for account details) | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

**PAYMENT INSTRUCTIONS**
1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment
2. Write the account number on the check or money order.
3. Make the check payable to
   BAC Home Loans Servicing, LP
   Attn: Remittance Processing
   PO Box 515503
   Los Angeles, CA 90051-6803

| Account number | 870891924 | (9) |
|---|---|---|
| John V Nordlund | | |
| Judith A Nordlund | | |
| 13010 Wildwood Rd. | | |
| Hayfork, CA 96041 | | |

SEE OTHER SIDE FOR IMPORTANT INFORMATION          901

BAC Home Loans Servicing, LP
PO BOX 515503
LOS ANGELES, CA 90051-6803

Payment due **May 1, 2010**          *$3,540.19
After May 17, 2010 late payment          * $3,671.51
*Payment amount includes late charges  See Home Loan Details for breakdown

Additional
Principal

Additional
Escrow

Check total

870891924900000354019000367151

⑆586990058⑆870891924⑈

| HOME LOAN DETAILS | Monthly payment breakdown as of 04/29/2010 | | Loan type and term | |
|---|---|---|---|---|
| | Principal and/or interest payment | $2,526.43 | Loan type | 30 Yr Conventional Jumbo |
| | Escrow payment amount | 513.76 | Contractual remaining term | 28 Years, 5 Months |
| | Outstanding late charges | 787.92 | Interest rate | 5.875% |
| | Fees due | 131.00 | | |
| | Total monthly home loan payment | $3,540.19 | | |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*).*
*The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| Homeowners insurance | Lender Placed Insurance | 55LY66809 | Annual | 04/13/2010 | 1,553.00 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 11/30/2010 | 2,306.03 |
| County taxes | Trinity County Tax Collector | 0170600100 | Annual | 03/31/2011 | 2,306.03 |

**Home loan activity since your last statement**

There was no activity on your account for the period covered in this statement .

| TO CONTACT US | **CREDIT REPORTING NOTICE**<br>We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. |
|---|---|

For up-to-the-minute information about the account, use our 24-hour automated information system. To ask us about this statement or account information, call 1.866.853.6183, Mon - Fri, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025.
TDD 1.800.300.6407
Please have the account number available when you call.

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is: BAC Home Loans Servicing, LP, Attn:
Customer Service  CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept., TX2-977-01-03, PO Box 961206, Fort Worth, TX 76161-0206
Payments, Attn: Remittance Processing PO Box 515503,  Los Angeles, CA 90051-6803
Overnight deliveries LADC Retail Payment Services, CA9-705-09-31, 1000 W Temple Street, Los Angeles, CA 90012-1514
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.

Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A. , are Equal Housing Lenders. © 2010 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number 876891024
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
John V Nordlund
E-mail address

Judith A Nordlund
E-mail address

How we post your payment: All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

0366470 0367388

0003
870891924



**Bank of America**
Home Loans

P.O. BOX 961206
FORT WORTH, TX 76161-0206

MAY 9, 2010

001539 - 004713
JOHN NORDLUND
JUDITH NORDLUND
PO BOX 225
LEWISTON, CA 96052-0225

## ** IMPORTANT INSURANCE INFORMATION NEEDED **

Notification Date:    MAY 9, 2010
Loan Number:         870891924
Property Address:    13010 WILDWOOD RD
                     HAYFORK CA  96041

Dear Valued Customer:

In our efforts to provide superior service, we continually review our loans to identify issues that might impact our customers and their property. Our recent review of your loan has indicated that we have not received an insurance bill from your agent for payment of your homeowner's policy. This caused your policy to expire on 04/13/2010.

In order to resolve this matter, we ask that you have your insurance agent forward the bill to us immediately. Upon receipt of the bill, we will update the insurance information and pay your premium. The bill should be faxed to our Insurance Department at (800) 293-8158 or you could have the bill mailed to us at the following address:

BAC HOME LOANS SERVICING, LP
P.O. BOX 961206
FORT WORTH, TX 76161-0206

It is necessary that we receive the bill within 49 days of this letter so that we can implement coverage. Please note that if the bill is not received by that date, we will need to obtain insurance coverages, as outlined in your mortgage contract, to protect the property.

We want you to be aware that the insurance that we would obtain could be more expensive than your prior policy and will not provide the same coverage. While we currently estimate that the insurance would cost $3,381.00, for a coverage amount of $358,300.00, this estimate is subject to change at any time. The insurance may be obtained from an affiliated insurer by our licensed affiliated insurance agency and a commission may be received.

The charges for this insurance, and any state imposed fees, would be paid right from your escrow/impound account. If you do not have an escrow/impound account, one may be established. Please keep in mind that higher insurance charges could cause an increase to the escrow portion of your monthly mortgage payment when your escrow account is next analyzed.

We want to minimize any additional expense or inconvenience to you. Your immediate assistance can help resolve this matter and prevent us from having to place the alternate insurance coverage on your property. If, however, we do not receive a response within 49 days of this letter, we will have to initiate obtaining insurance coverage on your account.

Enclosed is a copy of our insurance requirements for your reference. If you have any questions or need our assistance, please contact our Customer Service Department at (866) 265-3321, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Standard Time.

Sincerely,

Hazard/Flood Insurance Unit

**RECEIVED**

MAY 17 2010

BH001

### BAC HOME LOANS HAZARD INSURANCE REQUIREMENTS

In order to protect the dwelling structure, BAC Home Loans requires that you maintain hazard insurance. Below are the minimum requirements:

- Must be a fire and extended coverage policy
- Must list your loan number on all policies, billings or other correspondence
- Must not limit or exclude from coverage (in whole or in part) damage from windstorm, hurricane, hail or any other perils that are a part of the extended coverage endorsement
- Must be on REPLACEMENT COST BASIS, where available, and be in an amount equal to the lower of:
  - 100% of the insurable value of the improvements as established by the insurer or;
  - The unpaid principal balance of the loan
  - Not withstanding the foregoing, if the unpaid principal balance is less than 80% of the insurable value of the improvements, the coverage amount must be at least 80% of the insurable value
- Rent loss coverage is required for non-owner - occupied properties
- For coverage amounts of $252,700 or less, the maximum deductible is the higher of $1000 or 1% of the policy's dwelling coverage
- For coverage amount greater than $252,700, the maximum deductible is the higher of $2500 or 1% of the policy's dwelling coverage
- The insurance policy must be issued by an insurance company acceptable to BAC Home Loans and licensed or otherwise authorized by laws to conduct business in the jurisdictions in which the dwelling structure is located
- Your policy must be written by an insurance company with either the AM Best's rating of "B" or an AM Best's Financial Performance Rating of VI or better
- The name on the policy must be the same as the mortgagor/trustor/grantor of the security instrument or current owner in the case of an assumption

The policy must have the following loss payee or mortgagee clause:

> BAC HOME LOANS SERVICING, LP
> ITS SUCCESSORS AND/OR ASSIGNS A.T.I.M.A.
> P.O. BOX 961206
> FORT WORTH, TX 76161-0206

Due to changes in federal or state laws or regulations, BAC Home Loans may modify its insurance requirements to include additional types or amounts of coverage. If BAC Home Loans makes a change, we will notify you so that you may purchase the required coverage.

**EXHIBIT B**

*Law Offices of*
# Jeffrey S. Ogilvie

1330 West Street
Redding, California 96001
TELEPHONE
(530) 241-1100
FAX (530) 241-6553

December 4, 2008

Bank of America
Support Services
21 Schoodic Drive
Belfast, ME 04915-6854

RE:  John & Judith Nordlund
     Account no.: 0675111490

To Whom It May Concern:

Please be advised that JEFFREY S. OGILVIE, Attorney at Law, has been retained by John and Judith Nordlund for the purpose of filing bankruptcy. For your convenience I am enclosing a copy of Mr. and Mrs. Nordlund's Authorization for Release of Information.

Please direct all further inquiries to our office and do not contact Mr. and Mrs. Nordlund again.

Thank you.

Sincerely,

Janelle Serafin
Legal Assistant to Jeffrey S. Ogilvie

enc: Authorization for Release of Information
cc: Clients

*Law Offices of*
# Jeffrey S. Ogilvie

1330 West Street
Redding, California 96001
TELEPHONE
(530) 241-1100
FAX (530) 241-6553

December 4, 2008
**February 14, 2009 2nd request**

Bank of America
PO Box 3609
Los Angeles, CA 90051-3609

RE: John & Judith Nordlund
Account no.: 0675111490

To Whom It May Concern:

Please be advised that JEFFREY S. OGILVIE, Attorney at Law, has been retained by John and Judith Nordlund for the purpose of filing bankruptcy. For your convenience I am enclosing a copy of Mr. and Mrs. Nordlund's Authorization for Release of Information.

Please direct all further inquiries to our office and do not contact Mr. and Mrs. Nordlund again.

Thank you.

Sincerely,

Janelle Serafin
Legal Assistant to Jeffrey S. Ogilvie

enc: Authorization for Release of Information
cc: Clients

LAW OFFICES OF

# Jeffrey S. Ogilvie
### and Associates
*1330 West Street*
*Redding, California 96001*

JEFFREY S. OGILVIE
MICHAEL J. DeARTON

TELEPHONE (530) 241-1100
FAX (530) 241-6553
E-MAIL: info@jeffogilvie.com

February 14, 2009

Bank of America
PO Box 21848
Greensboro, NC 27420-1848

  RE: John & Judith Nordlund
     Account no.: 6084314332

To Whom It May Concern:

  Please be advised that JEFFREY S. OGILVIE, Attorney at Law, has been retained by John & Judith Nordlund for the purpose of filing bankruptcy. For your convenience I am enclosing a copy of Mr & Mrs Nordlund's Authorization for Release of Information. We are requesting that all future correspondence and contact regarding our client be directed to our office.

  Thank you for your courtesy and cooperation with regard to this matter.

       Sincerely,

       Janelle Serafin
       Legal Assistant to Jeffrey S. Ogilvie

enc: Authorization for Release of Information
cc: Clients

( (

LAW OFFICES OF
## Jeffrey S. Ogilvie
*and Associates*
*1330 West Street*
*Redding, California 96001*

JEFFREY S. OGILVIE
MICHAEL J. DeARTON

TELEPHONE (530) 241-1100
FAX (530) 241-6553
E-MAIL: info@jeffogilvie.com

February 14, 2009

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

RE:  John & Judith Nordlund
     Account no.: 5329 1210 1732 8730

To Whom It May Concern:

Please be advised that JEFFREY S. OGILVIE, Attorney at Law, has been retained by John & Judith Nordlund for the purpose of filing bankruptcy. For your convenience I am enclosing a copy of Mr & Mrs Nordlund's Authorization for Release of Information. We are requesting that all future correspondence and contact regarding our client be directed to our office.

Thank you for your courtesy and cooperation with regard to this matter.

Sincerely,

Janelle Serafin
Legal Assistant to Jeffrey S. Ogilvie

enc: Authorization for Release of Information
cc: Clients

## Law Offices of
# *Jeffrey S. Ogilvie*

1330 West Street
Redding, California 96001
TELEPHONE
(530) 241-1100
FAX (530) 241-6553

February 24, 2009

Bank of America, NA
101 North Tryon St, NC1-001-07-06
Charlotte, NC 28255-0001

RE:  John & Judith Nordlund
     Account no.: 68240800822499

To Whom It May Concern:

Please be advised that JEFFREY S. OGILVIE, Attorney at Law, has been retained by John and Judith Nordlund for the purpose of filing bankruptcy.  For your convenience I am enclosing a copy of Mr. and Mrs. Nordlund's Authorization for Release of Information.

Please direct all further inquiries to our office and do not contact Mr. and Mrs. Nordlund again.

Thank you.

Sincerely,

Janelle Serafin
Legal Assistant to Jeffrey S. Ogilvie

enc: Authorization for Release of Information
cc: Clients

LAW OFFICES OF

# *Jeffrey S. Ogilvie*

*and Associates*
*1330 West Street*
*Redding, California 96001*

JEFFREY S. OGILVIE
MICHAEL J. DeARTON

TELEPHONE (530) 241-1100
FAX (530) 241-6553
E-MAIL: info@jeffogilvie.com

March 20, 2009

Bank of America
PO Box 21848
Greensboro, NC 27420-1848

    RE:   John & Judith Nordlund
          Account no.: 68249005546799

To Whom It May Concern:

    Please be advised that JEFFREY S. OGILVIE, Attorney at Law, has been retained by John & Judith Nordlund for the purpose of filing bankruptcy. For your convenience I am enclosing a copy of Mr & Mrs Nordlund's Authorization for Release of Information. We are requesting that all future correspondence and contact regarding our client be directed to our office.

    Thank you for your courtesy and cooperation with regard to this matter.

                  Sincerely,

                  Janelle Serafin
                  Legal Assistant to Jeffrey S. Ogilvie

enc: Authorization for Release of Information
cc: Clients

LAW OFFICES OF

# *Jeffrey S. Ogilvie*

### *and Associates*
*1330 West Street*
*Redding, California 96001*

JEFFREY S. OGILVIE
MICHAEL J. DeARTON

TELEPHONE (530) 241-1100
FAX (530) 241-6553
E-MAIL: info@jeffogilvie.com

February 14, 2009
**March 30, 2009 2ⁿᵈ request**

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

     RE:  John & Judith Nordlund
           Account no.: 5329 1210 1732 8730

To Whom It May Concern:

     Please be advised that JEFFREY S. OGILVIE, Attorney at Law, has been retained by John & Judith Nordlund for the purpose of filing bankruptcy. For your convenience I am enclosing a copy of Mr & Mrs Nordlund's Authorization for Release of Information. We are requesting that all future correspondence and contact regarding our client be directed to our office.

     Thank you for your anticipated courtesy and cooperation with regard to this matter.

                           Sincerely,

                           Janelle Serafin
                           Legal Assistant to Jeffrey S. Ogilvie

enc: Authorization for Release of Information
cc: Clients

LAW OFFICES OF
## *Jeffrey S. Ogilvie*
*and Associates*
*1330 West Street*
*Redding, California 96001*

JEFFREY S. OGILVIE
MICHAEL J. DeARTON

TELEPHONE (530) 241-1100
FAX (530) 241-6553
E-MAIL: info@jeffogilvie.com

November 4, 2009

Bank of America Home Loans
PO Box 5170
Simi Valley, CA 93062-5170

RE:     Our client(s): John V Nordlund & Judith A Nordlund
        U.S. Bankruptcy case no.: 09-33388
        Parcel no: 017-060-01-00
        Mortgage Account: 6084314332    New Account No: 870891924

Dear Sir/Madam:

This letter is in regard to the correspondence that was received by the above-stated clients, John and Judith Nordlund.

Mr. and Mrs. Nordlund filed for Chapter 7 Bankruptcy on June 29, 2009. Mr and Mrs Nordlund surrendered the above-referenced real property in their bankruptcy.. They received a Discharge of Debtor which was filed on 10-7-09, freeing them from any obligation they may have had with our company.

Please find enclosed a copy of their Voluntary Petition, Statement of Intention and Discharge of Debtor. This information should resolve any further questions you may have with respect to this account.

Please DO NOT contact Mr .and Mrs. Nordlund again regarding this discharged debt.

Sincerely,

Janelle Serafin
Legal Assistant to JEFFREY S. OGILVIE

enc: Face page of Voluntary Petition, Statement of Intention and Discharge of Debtor
cc: Clients

LAW OFFICES OF

# Jeffrey S. Ogilvie

*and Associates*
*1330 West Street*
*Redding, California 96001*

JEFFREY S. OGILVIE
MICHAEL J. DeARTON

TELEPHONE (530) 241-1100
FAX (530) 241-6553
E-MAIL: info@jeffogilvie.com

November 17, 2009

Bank of America Home Loans
PO Box 9000
Getzville, NY 14068-9904

RE:     Our client(s): John V Nordlund & Judith A Nordlund
        U.S. Bankruptcy case no.: 09-33388
        Parcel no: 017-060-01-00
        Mortgage Account: 6084314332    New Account No: 870891924

Dear Sir/Madam:

This letter is in regard to the correspondence that was received by the above-stated clients, John and Judith Nordlund.

Mr. and Mrs. Nordlund filed for Chapter 7 Bankruptcy on June 29, 2009. Mr and Mrs Nordlund surrendered the above-referenced real property in their bankruptcy.. They received a Discharge of Debtor which was filed on 10-7-09, freeing them from any obligation they may have had with your company.

Please find enclosed a copy of their Voluntary Petition, Statement of Intention and Discharge of Debtor. This information should resolve any further questions you may have with respect to this account.

Please DO NOT contact Mr .and Mrs. Nordlund again regarding this discharged debt.

Sincerely,

Janelle Serafin
Legal Assistant to JEFFREY S. OGILVIE

enc: Face page of Voluntary Petition, Statement of Intention and Discharge of Debtor
cc: Clients